## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **NEBRASKA INVESTMENT FINANCE AUTHORITY,** | ) | **CASE NO. 4:15CV3105** |
| | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **REASSIGNMENT** |
| | ) | **ORDER** |
| **v.** | ) | |
| | ) | |
| **BAYERISCHE LANDESBANK GIROZENTRALE,** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | _____ |
| | ) | |
| **NEBRASKA INVESTMENT FINANCE AUTHORITY,** | ) | **CASE NO. 4:14CV3242** |
| | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **GENERAL ELECTRIC CAPITAL CORPORATION, GE FUNDING CAPITAL MARKET SERVICES, INC., and TRINITY FUNDING COMPANY, LLC,** | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| **Defendants.** | ) | |

Before the court is the Notice of Related Case (Filing No. 8) filed by the Plaintiff in Case No. 4:15CV3105.  After a review of the matter, the court finds that the above cases are related as defined under NEGenR 1.3(a)(4)(C)(iii).  Accordingly, Case No. 4:15CV3105, *Nebraska Investment Finance Authority v. Bayerische Landesbank Girozentrale* is reassigned to District Judge John M. Gerrard for disposition and to Magistrate Judge Cheryl R. Zwart  for judicial supervision and processing of all pretrial matters.

IT IS SO ORDERED.

DATED this 30th day of September, 2015.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge