IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| NEBRASKA INVESTMENT FINANCE AUTHORITY,<br><br>Plaintiff,<br><br>vs.<br><br>GENERAL ELECTRIC CAPITAL CORPORATION, et al.,<br><br>Defendants. | 4:14-CV-3242<br><br>MEMORANDUM AND ORDER |

This matter is before the Court on the plaintiff's Notice of Dismissal without Prejudice (filing 40). The motion will be granted.

IT IS ORDERED:

1. The Notice of Dismissal without Prejudice (filing 40) is granted.

2. The claims asserted between the parties are dismissed without prejudice.

3. The parties shall bear their own costs and fees with respect to those claims.

Dated this 8th day of February, 2016.

BY THE COURT:

John M. Gerrard
United States District Judge